UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-473-H

KAREN CARNEY                                                            PLAINTIFF

V.

CAESARS RIVERBOAT CASINO, LLC                                          DEFENDANT

## MEMORANDUM AND ORDER

Defendant has moved to dismiss Plaintiff's case in the Western District of Kentucky or, in the alternative, transfer it to the Southern District of Indiana in New Albany.

The circumstances here involve an incident which occurred at Defendant's place of business and involved Plaintiff and her mother.  Previously, Plaintiff's mother filed a lawsuit involving the same incident in the Southern District of Indiana at New Albany.  Several months later, this Plaintiff filed her action in Kentucky state court.  Defendant then removed to federal court and now requests transfer.

This Court disagrees that it lacks jurisdiction over Defendant.  In all probability, both Indiana and Kentucky courts have jurisdiction over this Defendant involving circumstances such as this.  Here, however, one of the plaintiffs filed a senior action in the Southern District of Indiana.  Reasons of judicial economy and efficiency strongly suggest that these two similar actions be decided together.  Consolidation will also avoid inconsistent results.  Transferring the instant action to the Southern District of Indiana will not in any way prejudice the result Plaintiff seeks.  Consequently, the Court will transfer this action to the Southern District of Indiana in New Albany.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Southern District of Indiana at New Albany where it may be resolved in connection with the previously filed complaint in *Lovie Carnie v. Caesars Riverboat Casino, LLC*, Civil Action No. 4:07-CV0032DFH-WGH.

cc:     Counsel of Record